

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2019

No. 04-19-00711-CV

**IN RE A.G.B.**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02272
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

On October 26, 2019, appellant's attorney filed a motion seeking access to the record that the trial court had ordered sealed. The motion is GRANTED. The clerk of the court is instructed to provide a copy of the sealed record to appellant's attorney and appellee's attorney on CD-ROM. All parties and their attorneys are ORDERED not to share the contents of the sealed record with any person except to the extent necessary to prepare their respective briefs.

In the event appellant or appellee reference the sealed record in their respective briefs, they are ORDERED to (1) file their respective briefs in paper form only, and (2) with a cover letter informing the Clerk of this court that the brief references the sealed record. *See* TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2019.

_____
Michael A. Cruz,
Clerk of Court